**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

GABRIEL MCMORLAND,                          )
                                            )      Civil Action No. 2:22-cv-01503-LPL
                        Plaintiff,          )
                                            )      Magistrate Judge Lisa Pupo Lenihan
v.                                          )
                                            )
BIOMEC SCIENCES, LLC.,                      )
                                            )
                        Defendant.          )

## <u>ORDER</u>

Counsel has informed the Court a settlement has been reached in this case. The only matters remaining will be the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a).  It appears that there is no further action required by the court at this time.  Therefore,

**IT IS ORDERED** this 18th day of January, 2023, that the Clerk of Court mark this case **CLOSED**.  Nothing contained in this order shall be considered a dismissal or disposition of this action.  Should further proceedings be required, either party may file a motion to re-open and this case will proceed as if this order had not been entered.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized including, but not limited to, enforcing settlement.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:      All Counsel of Record.